
SHIRLEY D. DEUTSCH, Bar No. 76230
SCHWARTZ & DEUTSCH, LLP
333 South Hope Street, 35th Floor
Los Angeles, California 90071
Tel: (213) 236-9400
Fax: (213) 236-9499
Email: sdeutsch@earthlink.net

Betty Thorne Tierney, pro hac vice
MACY'S LAW DEPARTMENT
111 Boulder Industrial Court, 2nd Floor
St. Louis, MO  63044
Telephone: (314) 342-6728
Facsimile: (314) 342-6366
Email:  betty.tierney@macys.com

Attorneys for Defendants
MACY'S WEST STORES, INC.;
MACY'S CORPORATE SERVICES, INC.;
and MACY'S RETAIL HOLDINGS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOURVASH DEZHAM,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MACY'S WEST STORES INC., et al.,<br><br>　　　　Defendants. | CASE NO.: SACV 13-1864-DOC (RNBx)<br><br>**NOTICE OF MOTION AND MOTION BY DEFENDANT MACY'S WEST STORES, INC. FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br>[F.R.Civ.P. Rule 56]<br><br>Date:　　　December 15, 2014<br>Time:　　　8:30 a.m.<br>Location:　 Courtroom 9D |

**TO PLAINTIFF HOURVASH DEZHAM AND TO HER ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on December 15, 2014 at 8:30 a.m. or as soon thereafter as the matter may be heard in Courtroom 9D at the United States District Court

for the Central District of California, located at 11 West Fourth Street, Santa Ana, California 92701-4516, Defendant MACY'S WEST STORES, INC. will and hereby does move the Court for summary judgment on each and every count set forth in Plaintiff's Amended Complaint.

At the same time and place, and in the alternative, Defendant Macy's West Stores, Inc. will and hereby does move the Court for partial summary judgment on Counts 1 through 7 and 9 through 19 of Plaintiff's Amended Complaint.

The motion for summary judgment is made pursuant to Rule 56 of the Federal Rules of Civil Procedure and on the grounds that the pleadings, depositions and declarations submitted herewith show that there is no genuine issue as to any material fact and that Defendant and moving party is entitled to a judgment as a matter of law. The alternative motion for partial summary judgment is based on Rule 56(d) of the Federal Rules of Civil Procedure and on the ground that there is no substantial controversy as to any material fact relevant to Counts 1 through 7 and 9 through 19 of the Amended Complaint.

The motion is based upon this Notice, the Memorandum of Points and Authorities filed concurrently herewith, the Statement of Uncontroverted Material Facts, the Declarations of Shirley D. Deutsch, Roberta Eagle, Denice Flynn, Ann Schnure and Reva Sherman-Matthews and all exhibits thereto, the deposition testimony of Plaintiff Hourvash Dezham, Roberta Eagle, Shawn Fahey, Susan Graham, Elizabeth Villela and Judy Wilson and all exhibits thereto, and upon all facts of which the Court may take judicial notice and all pleadings, papers and matters of record on file in this action.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which conference took place via email and mail on November 4 and 7, 2014.

1 | Dated: November 14, 2014

_____
SHIRLEY D. DEUTSCH
Attorneys for Defendants

NOTICE OF MOTION AND MOTION BY DEFENDANT MACY'S WEST STORES, INC. FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

3