1 | SHIRLEY D. DEUTSCH, Bar No. 76230
SCHWARTZ & DEUTSCH, LLP
2 | 333 South Hope Street, 35th Floor
Los Angeles, California 90071
3 | Tel: (213) 236-9400
Fax: (213) 236-9499
4 | Email: sdeutsch@earthlink.net

5 | Betty Thorne Tierney, pro hac vice
MACY'S LAW DEPARTMENT
6 | 111 Boulder Industrial Court, 2nd Floor
St. Louis, MO 63044
7 | Telephone: (314) 342-6728
Facsimile: (314) 342-6366
8 | Email: betty.tierney@macys.com

9 | Attorneys for Defendants
MACY'S WEST STORES, INC.;
10 | MACY'S CORPORATE SERVICES, INC.; and
MACY'S RETAIL HOLDINGS, INC.

11

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOURVASH DEZHAM, | CASE NO.: SACV 13-1864-DOC (RNBx) |
| Plaintiff, | **NOTICE OF MOTION AND MOTION BY DEFENDANT MACY'S CORPORATE SERVICES, INC. AND MACY'S RETAIL HOLDINGS, INC. FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |
| v. | |
| MACY'S WEST STORES INC., et al., | |
| Defendants. | **[F.R.Civ.P. Rule 56]** |
| | Date:       December 15, 2014 |
| | Time:       8:30 a.m. |
| | Location:   Courtroom 9D |

**TO PLAINTIFF HOURVASH DEZHAM AND TO HER ATTORNEYS OF RECORD:**

NOTICE OF MOTIONS AND MOTIONS FOR SUMMARY JUDGMENT BY DEFENDANTS MACY'S CORPORATE SERVICES, INC. AND MACY'S RETAIL HOLDINGS, INC.

1

**PLEASE TAKE NOTICE** that on December 15, 2014 at 8:30 a.m. or as soon thereafter as the matter may be heard in Courtroom 9D at the United States District Court for the Central District of California, located at 11 West Fourth Street, Santa Ana, California 92701-4516, Defendants Macy's Corporate Services, Inc. and Macy's Retail Holdings, Inc. will and hereby do move the Court for summary judgment on each and every count set forth in Plaintiff's Amended Complaint.

At the same time and place, and in the alternative, Defendants will and hereby do move the Court for partial summary judgment on Counts 1 through 7 and 9 through 19 of Plaintiff's Amended Complaint.

The motions for summary judgment are made pursuant to Rule 56 of the Federal Rules of Civil Procedure and on the grounds that the pleadings, depositions and declarations submitted herewith show that there is no genuine issue as to any material fact and that Defendants and moving parties are entitled to a judgment as a matter of law. The alternative motions for partial summary judgment are based on Rule 56(d) of the Federal Rules of Civil Procedure and on the ground that there is no substantial controversy as to any material fact relevant to Counts 1 through 7 and 9 through 19 of the Amended Complaint.

The motion is based upon this Notice, the Memorandum of Points and Authorities filed concurrently herewith, the Statement of Uncontroverted Material Facts, the Declarations of Shirley D. Deutsch and Linda Balicki, the deposition of Roberta Eagle, all evidence submitted in support of the motion for summary judgment filed on behalf of Defendant Macy's West Stores, Inc. in this action, and upon all facts of which the Court may take judicial notice and all pleadings, papers and matters of record on file in this action.

These motions are made following the conference of counsel pursuant to Local Rule 7-3, which conference took place via telephone on October 28, 2014.

NOTICE OF MOTIONS AND MOTIONS FOR SUMMARY JUDGMENT BY DEFENDANTS MACY'S
CORPORATE SERVICES, INC. AND MACY'S RETAIL HOLDINGS, INC.

2

Dated:  November 17, 2014

SHIRLEY D. DEUTSCH
SCHWARTZ & DEUTSCH, LLP

SHIRLEY D. DEUTSCH
Attorneys for Defendants