JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| HOURVASH DEZHAM,<br><br>    Plaintiff(s),<br><br>v<br><br>MACY'S WEST STORES, INC., ET AL,<br><br>    Defendant(s) | CASE NO. SA CV 13-1864-DOC (RNBx)<br><br>**ORDER DISMISSING CIVIL CASE** |

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice.

IT IS SO ORDERED.

*/s/ David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Dated: January 14, 2015